IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SANDRA ANGELICA VALLES BELTRAN,

Plaintiff,

vs.

JENNIFER HIGGINS, ACTING DIRECTOR,
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

Defendant.

4:25CV3028

ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal. (Filing No. 21.) Having considered the matter, the Court will accept the Voluntary Dismissal. Accordingly,

**IT IS ORDERED** that this case is dismissed without prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 29th day of May, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge